No. 90–7167.  JOHNSON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  JUSTICE BLACKMUN would grant certiorari, vacate the judgment, and remand the case for further consider-

ation in light of *Florida* v. *Jimeno, ante,* p. 248.